No. 456, Misc. KENYON v. NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 467, Misc. CRAWFORD v. BUCHKOE, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 478, Misc. ADAM v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for the United States.

No. 482, Misc. WILSON v. COCHRAN, DIRECTOR, DIVISION OF CORRECTIONS. Supreme Court of Florida. Certiorari denied.

No. 493, Misc. STAPLES v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 349, Misc. CARTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg and Felicia Dubrovsky for the United States.

No. 266. CENTRAL STATES DRIVERS COUNCIL ET AL. v. NATIONAL LABOR RELATIONS BOARD, ante, p. 833. Motion for leave to file petition for rehearing denied.

No. 426. MORRISON v. CALIFORNIA, ante, p. 900. Motion for leave to proceed further herein in forma pauperis granted. Petition for rehearing denied.